# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### File No.: 1:16-CV-01077-TDS-JEP

| | |
|---|---|
| ANN FINCH, Individually, and as Executrix of the Estate of Franklin Delenor Finch, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : <br> : |
| BASF CATALYSTS LLC, sued individually and as successor-in-interest to ENGELHARD, PITA REALTY LTD, and EASTERN MAGNESIA TALC CO.: et. al, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

### PLAINTIFF'S AMENDED EXHIBIT LIST

NOW COMES Plaintiff Ann Finch, Individually and as Executrix of the Estate of

Franklin Delenor Finch and hereby files her Amended Exhibit List to reflect exhibits that

have been withdrawn from her list

Dated: September 26, 2018

Respectfully submitted,

/s/ Kevin W. Paul_____
Kevin W. Paul
DEAN OMAR & BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
Telephone: (214) 722-5990
Fax: (214) 722-5991
kpaul@dobllp.com
and

William M. Graham, Esq.
N.C. Bar No. 17972
WALLACE AND GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Telephone: (704) 633-5244
bgraham@wallacegraham.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: ***/s/Kevin W. Paul***
    Kevin W. Paul

2