IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANN FINCH, as the Executrix of the )
Estate of Franklin Delenor Finch )
)
              Plaintiff, )
)
    v. )    1:16-CV-1077
)    VERDICT SHEET
COVIL CORPORATION, )
)
              Defendant. )

FILED OCT -5 2018, Clerk U.S. District Court, Greensboro, NC

**Issue 1**: Was Covil negligent, and was that negligence a proximate cause of injury to Mr. Finch?

    Yes __✓__ No_____

    *Go to Issue 2.*

**Issue 2**: Did Covil unreasonably fail to provide an adequate warning or instruction, and was that negligence a proximate cause of injury to Mr. Finch?

    Yes __✓__ No_____

    *If you answered "Yes" to Issue 1 **or** Issue 2 **or** both, answer Issue 3. If you answered "No" to both Issue 1 and Issue 2, do not answer Issue 3.*

**Issue 3**: What amount is the plaintiff entitled to recover for Mr. Finch's wrongful death?

    $ __32.7 million__

This __5__ day of October, 2018.

                                    */s/ Sasha Garrison*
                                    FOREPERSON