IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANN FINCH, as Executrix of the Estate of Franklin Delenor Finch, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:16-CV-1077 |
| COVIL CORPORATION, ) ) | |
| Defendant. ) | |

## FINAL AMENDED JUDGMENT

This civil action came before the Court for a jury trial beginning October 1, 2018. On October 5, 2018, the jury returned a verdict in favor of the Plaintiff Ann Finch and against the Defendant Covil Corporation on claims of negligence and failure to warn. The jury awarded $32,700,000 in compensatory damages for the wrongful death of Franklin Finch.

Covil is entitled to a setoff for Ms. Finch's pre-trial settlements with other defendants in the amount of $2,346,715.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the jury verdict, the Plaintiff Ann Finch recover the sum of $30,353,285, plus interest and court costs, from the Defendant Covil Corporation.

The Court awards prejudgment interest at the annual rate of 8%, to be paid from the date this action was commenced on August 24, 2016, until the date of the entry of judgment on October 19, 2018. The total prejudgment interest is $5,229,080.99.

Postjudgment interest is payable on all of the above at the rate of 2.66% from the date judgment was entered on October 19, 2018, until the date this judgment is paid.

This the 1st day of May, 2019.

/s/ Catherine C. Eagles
UNITED STATES DISTRICT JUDGE